**Order entered October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00392-CV

**CAROL S. ABLON, ET AL., Appellants**

**V.**

**WILLIAM NEAL ABLON, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14902-I**

## ORDER

We **GRANT** appellee's October 4, 2013 unopposed motion for an extension of time to file a brief. Appellee shall file his brief on or before November 20, 2013. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ADA BROWN
JUSTICE